UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

D-1   CHANDRA YARLAGADDA,

Defendant.

_____/

Case: 2:19-cr-20664
Judge: Drain, Gershwin A.
MJ: Whalen, R. Steven
Filed: 10-02-2019 At 12:10 PM
INFO USA V CHANDRA YARLAGADDA (LG)

Offense: 26 U.S.C. § 7206(1),
willfully subscribing to a false tax return

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### (26 U.S.C. § 7206(1) – False Tax Return)

D-1   CHANDRA YARLAGADDA

On or about October 19, 2015, in the Eastern District of Michigan, Southern Division, and elsewhere, CHANDRA YARLAGADDA, defendant herein, a resident of Bloomfield Township, Michigan, did make and subscribe a U.S. Individual Income Tax Return, Form 1040, for the year 2011, which was verified by a written declaration that it was made under penalties of perjury and which CHANDRA YARLAGADDA did not believe to be true and correct as to every

material matter. That Form 1040, which was filed with the Internal Revenue Service, stated that CHANDRA YARLAGADDA's business, Alpha Bioenergy LLC, had accrued Renewable Identification Numbers valued at $9,797,681.91, whereas, as he then and there knew, Alpha Bioenergy LLC had only accrued Renewable Identification Numbers valued at $31,404.00.

All in violation of Title 26, United States Code, Section 7206(1).

|  |  |
|---|---|
|  | MATTHEW SCHNEIDER |
|  | United States Attorney |
| _____ | _____ |
| STEPHEN L. HIYAMA | for MELISSA S. SISKIND |
| Assistant United States Attorney | SARAH C. RANNEY |
| 211 West Fort Street, Suite 2001 | Trial Attorneys, Tax Division |
| Detroit, Michigan  48226-3220 | U.S. Department of Justice |
| phone:  313-226-9674 |  |
| email:   stephen.hiyama@usdoj.gov |  |
| bar no.: P32236 |  |

Date: October 2, 2019

| United States District Court<br>Eastern District of Michigan | Criminal Case C( | Case: 2:19-cr-20664<br>Judge: Drain, Gershwin A.<br>MJ: Whalen, R. Steven<br>Filed: 10-02-2019 At 12:10 PM<br>INFO USA V CHANDRA YARLAGADDA (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to c

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: SLH |

**Case Title:** USA v. CHANDRA YARLAGADDA

**County where offense occurred:** Oakland

**Check One:**  ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/__✓__Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: 17-MJ-30577 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 2, 2019
Date

Stephen L. Hiyama
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9674
Fax: 313-226-0816
E-Mail address: stephen.hiyama@usdoj.gov
Attorney Bar #: P32236

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.